# Income At A Glance Worksheet

Notes:

Name: Kahl / Muster-Kahl

| Date | Gross | Overtime | Misc Bonuses | Vac | Reg. / strt | Federal | SS | Medicare | State | City/Muni | Taxes Total | 401(k) | Misc | Medical | Expenses Total | Net Total | Direct Deposit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2-Oct | $ 2,000.00 | $ - | $ - | $ - | $ 2,000.00 | $ 78.29 | $ 124.00 | $ 29.00 | $ 46.60 | $ 40.00 | $ 317.89 | $ - | $ - | $ - | $ 317.89 | $ 1,682.11 | $ 1,682.11 |
| 2-Oct | $ 4,500.00 | $ - | $ - | $ - | $ 4,500.00 | $ 374.63 | $ 279.00 | $ 65.25 | $ 123.83 | $ 90.00 | $ 932.71 | $ - | $ - | $ - | $ 932.71 | $ 3,567.29 | $ 3,567.29 |
| 16-Oct | $ 2,700.00 | $ - | $ - | $ - | $ 2,700.00 | $ 158.63 | $ 167.40 | $ 39.15 | $ 67.53 | $ 54.00 | $ 486.71 | $ - | $ - | $ - | $ 486.71 | $ 2,213.29 | $ 2,213.29 |
| 1-Nov | $ 2,850.00 | $ - | $ - | $ - | $ 2,850.00 | $ 176.63 | $ 176.70 | $ 41.33 | $ 72.01 | $ 57.00 | $ 523.67 | $ - | $ - | $ - | $ 523.67 | $ 2,326.33 | $ 2,326.33 |
| 2-Dec | $ 3,000.00 | $ - | $ - | $ - | $ 3,000.00 | $ 194.63 | $ 186.00 | $ 43.50 | $ 76.50 | $ 60.00 | $ 560.63 | $ - | $ - | $ - | $ 560.63 | $ 2,439.37 | $ 2,439.37 |
| 31-Dec | $ 7,000.00 | $ - | $ - | $ - | $ 7,000.00 | $ 860.04 | $ 434.00 | $ 101.50 | $ 218.83 | $ 140.00 | $ 1,754.37 | $ - | $ 1,000.00 | $ - | $ 2,754.37 | $ 4,245.63 | $ 4,245.63 |
| 16-Jan | $ 2,800.00 | $ - | $ - | $ - | $ 2,800.00 | $ 166.08 | $ 173.60 | $ 40.60 | $ 70.52 | $ 56.00 | $ 506.80 | $ - | $ - | $ - | $ 506.80 | $ 2,293.20 | $ 2,293.20 |
| 3-Feb | $ 2,900.00 | $ - | $ - | $ - | $ 2,900.00 | $ 178.08 | $ 179.80 | $ 42.05 | $ 73.51 | $ 58.00 | $ 531.44 | $ - | $ - | $ - | $ 531.44 | $ 2,368.56 | $ 2,368.56 |
| 15-Feb | $ 2,800.00 | $ - | $ - | $ - | $ 2,800.00 | $ 166.08 | $ 173.60 | $ 40.60 | $ 70.52 | $ 56.00 | $ 506.80 | $ - | $ - | $ 470.25 | $ 977.05 | $ 1,822.95 | $ 1,822.95 |
| 1-Mar | $ 2,900.00 | $ - | $ - | $ - | $ 2,900.00 | $ 182.63 | $ 179.80 | $ 42.05 | $ 73.51 | $ 58.00 | $ 535.99 | $ - | $ - | $ - | $ 535.99 | $ 2,364.01 | $ 2,364.01 |
| Averages: | $ 3,345.00 | $ - | $ - | $ - | $ 3,345.00 | $ 253.57 | $ 207.39 | $ 48.50 | $ 89.34 | $ 66.90 | $ 665.70 | $ - | $ 100.00 | | | | |

OT's Sums: $ -

Tax Sums: $ 665.70