UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 25-50734-AMK |
| | § | |
| THOMAS R KAHL | § | |
| CHANDRA M MUSTER-KAHL | § | CHAPTER 7 |
| | § | |
| Debtor | § | JUDGE Alan M. Koschik |

### TRUSTEE'S MOTION TO COMPROMISE WITH DEBTORS

Now comes Julie K. Zurn, Trustee herein, who moves the Court for an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure authorizing her to compromise the estate's interest in 106 Evergreen Street, Barberton, Ohio 44203 (the "Property"). In support of said Motion, Trustee states as follows:

1. This case was commenced with the filing of a voluntary petition by Debtors on April 28, 2025 under Chapter 7 of the United States Bankruptcy Code. The undersigned is the duly appointed and acting Chapter 7 trustee.

2. This Court has jurisdiction pursuant to 28 U.S.C. §157 and 1334 and General Order No. 2012-7 entered in this District on April 4, 2012.

3. Venue over this case and this matter is proper pursuant to 28 U.S.C. §§1408 and 1409, and this is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

4. At issue in this case, is the non-exempt portion of the Property which the Debtor, Thomas R. Kahl, owns as a joint tenant with John T. Kahl. The Debtors scheduled the value of the Property as $121,270.00 and the value of Debtor's interest as $60,535. Neither the Debtors nor their dependents reside at the Property. On Schedule D, the Debtors listed Huntington National Bank has holding a mortgage and home equity line of credit encumbering the Property in the total amount of $102,422.13. In addition, the Debtors claimed an exemption in the amount of $3,032 on Schedule C in the Property.

5. The Trustee disputes the Debtors' scheduled value of the Property and estimates the value to be closer to $133,000.00. In addition, the Trustee disputes the propriety of the amount of the claimed exemption and believe the exemption should be reduced to $1,675.00. Thus, the Trustee believes the total non-exempt value of the Debtor's interest in the Property is $13,614.00, calculated by subtracting the lien balance and reduced exemption amount from the estimated value and dividing by two.

6. In order to resolve matters without further litigation, Debtors have offered to pay and the Trustee has agreed to accept $7,000.00 in order to redeem the Debtor's interest in the Property.

7. After taking into consideration the value and nature of the assets at issue in this case, and the costs and uncertainty of liquidation and/or litigation in lieu of settlement, Trustee believes that the compromise is fair and reasonable and should be approved.

WHEREFORE, Trustee requests an Order approving the compromise pursuant to 11 U.S.C. § 102(1)(B)(i) without a hearing unless one is requested by a creditor or party in interest within twenty-one days after notice hereof. Trustee further requests the Court order such other and further relief as this Court may deem just and appropriate.

Respectfully submitted,

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)
Chapter 7 Trustee
Roetzel & Andress LPA
222 S. Main Street, Suite 400
Akron, OH 44308
Tel: (330) 532-7641
Fax: (330) 376-4577
Email: jzurn@ralaw.com

## NOTICE OF MOTION TO COMPROMISE

Julie K. Zurn, Chapter 7 Trustee, has filed papers with the Court to compromise assets of the estate.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one, in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the Trustee's request, or if you want the Court to consider your views on the motion, then on or before **August 5, 2025**, you or your attorney must:

File with the Court a written request for a hearing and a written response explaining your position at:

>Clerk of Courts
>U.S. Bankruptcy Court
>455 Federal Building
>2 S. Main St.
>Akron, Ohio 44308

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

**You must also mail a copy to:** Julie K. Zurn
Chapter 7 Trustee
Roetzel & Andress LPA
222 S. Main Street, Suite 400
Akron, OH 44308

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025 a copy of the foregoing was served via ECF upon:

**United States Trustee** (Registered address)@usdoj.gov

**Carl Jason Baab**, Debtor's Counsel    cjb@grahamhurdlaw.com

**LeAnn E. Covey**    bknotice@clunkhoose.com

**Julie K. Zurn**  jzurn@ralaw.com, jkz@trustesolutions.net

and via regular U.S. mail on July 15, 2025 upon the Debtors and all parties on the Court's mailing matrix:

Thomas R Kahl and Chandra M Muster-Kahl
838 Fowler Ave.
Akron, OH 44319

Akron Children's Hospital
PO Box 74477
Cleveland, OH 44194

Allstate Insurance
PO Box 660636
Dallas, TX 75266

American Express
PO Box 981537
El Paso, TX 79998

Asset Recovery Solutions
2200 E. Devon Ave., STE 200
Des Plaines, IL 60018

Atty Nevenka Pavlovic
PO Box 30968
Cleveland, OH 44130

Calvary Portfolio Services
500 Summit Lake Dr
Valhalla, NY 10595

Capital One
PO Box 30285
Salt Lake City, UT 84130

Capital One / Kohls
PO Box 3115
Milwaukee, WI 53201

Cavalry SPV I LLC
500 Summit Lake Dr., STE 400
Valhalla, NY 10595

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831

Citi Cards / CitiBank
PO Box 6241
Sioux Falls, SD 57117

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Cleveland Clinic
Dispute Resolution Dept.
6801 Brecksville Rd. Ste 20 RK 60
Independence, OH 44131

Cleveland Clinic
9500 Euclid Avenue RK2-4
Cleveland, OH 44195

Clinic Medical Services
401 Tuscarawas St. W, STE 101
Canton, OH 44702

Comenity Bank
PO Box 182125
Columbus, OH 43218

Comenity Capital Bank
PO Box 183043
Columbus, OH 43218

Credit Collections
725 Canton St.
Norwood, MA 02062

Dillards / Wells Fargo Bank
PO Box 10347
Des Moines, IA 50306

ED Financial / ESA
120 N Seven Oaks Dr
Knoxville, TN 37922

FBCS, Inc.
330 S. Warminster Rd, STE 353
Hatboro, PA 19040

Fifth Third Bank NA
5050 Kingsley Drive
Cincinnati, OH 45263

First Federal Credit Control
25700 Science Park Dr., STE 370
Beachwood, OH 44122

Firstsource Advantage LLC
205 Bryant Woods South
Buffalo, NY 14228

FMA Alliance LTD
PO Box 2409
Houston, TX 77252

Home Depot Credit Services
PO Box 9001010
Louisville, KY 40290

Howard, Muster & Associates
838 Fowler Ave.
Akron, OH 44319

Huntington National Bank
PO Box 1558
Columbus, OH 43216

Internal Revenue Service
PO Box 802501
Cincinnati, OH 45280

Javitch Block LLC
1100 Superior Ave, 19th Floor
Cleveland, OH 44114-2521

JP RMP
PO Box 632053
Cincinnati, OH 45263

JPm Chase Cardmember Service
PO Box 6294
Carol Stream, IL 60197

JPMCB Card Services
PO Box 15369
Wilmington, DE 19850

LLoyd & McDaniel PLC
PO Box 23200
Louisville, KY 40223

LVNV Funding LLC
c/o Resurgent Capital Svcs
PO Box 1269
Greenville, SC 29602

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management
320 E Big Beaver Rd Ste 300
Troy, MI 48083

Minorik Chiropractic Center
2620 W. Market St.
Akron, OH 44313

Missouri Higher Education Loan
633 Spirit Dr.
Chesterfield, MO 63005

MRS BPO
1930 Olney Ave
Cherry Hill, NJ 08003

Portfolio Recovery Associates
120 Corporate Blvd, Ste 100
Norfolk, VA 23502

Radius Global Solutions
7831 Glenroy Rd., STE 250
Minneapolis, MN 55439

Resurgent Acquisitions LLC
PO Box 10497
Greenville, SC 29603

| | |
|---|---|
| Schulte & Company CPA<br>600 S. Cleveland Massillon Rd<br>Akron, OH 44333 | Stenger & Stenger PC<br>2618 E. Paris Ave SE<br>Grand Rapids, MI 49546 |
| Sunrise Credit Services<br>PO Box 9004<br>Melville, NY 11747 | TD Bank USA/Target Credit<br>PO BOx 673<br>Minneapolis, MN 55440 |
| Weltman, Weinberg, & Reis<br>5990 West Creek Rd., STE 200<br>Independence, OH 44131 | Transworld Systems, Inc<br>PO Box 15130<br>Wilmington, DE 19850 |
| Transworld Systems, Inc<br>500 Virginia Dr., STE 514<br>Fort Washington, PA 19034 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 |
| United Collection Bureau<br>5620 Southwyck Blvd<br>Toledo, OH 43614 | US Bank<br>PO Box 790408<br>Saint Louis, MO 63179-0408 |
| US Department of Education<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922 | Wells Fargo<br>PO Box 77036<br>Minneapolis, MN 55408 |
| Wells Fargo Card Services<br>PO Box 14517<br>Des Moines, IA 50306 | Weltman, Weinberg, & Reis<br>965 Keynote Circle<br>Independence, OH 44131 |

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)
Chapter 7 Trustee