# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT AKRON

| | |
|---|---|
| In Re: | Case No. 25-50734-AMK |
| **THOMAS R. KAHL** <br> **CHANDRA M. MUSTER-KAHL** | Chapter 7 |
| | Judge Alan M. Koschik |
| Debtors. | |

## MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS

Now comes Julie K. Zurn, Chapter 7 Bankruptcy Trustee for the case herein, and hereby requests an extension in the time to object to certain exemptions.

Based on her review of the claimed exemptions and documents provided to the Trustee to date, the Trustee has concerns about the exemptions claimed by the Debtors. Trustee has reached an agreement on these issues with Debtors' Counsel, as reflected in a Motion to Compromise (the "Motion") filed with the Court. In an abundance of caution, the Trustee requests the Court extend the deadline to object to Debtors' claim of exemptions until 7 days after the Court rules on the Motion. An extension of the deadline to object to the claimed exemptions to this date should provide sufficient time for the Trustee to object to the Debtors' claimed exemptions in the event the Motion is not approved by the Court. Therefore, the Trustee requests the Court enter an order extending the deadline for filing objections to Debtors' claim of exemptions to 7 days after the Court rules on the Motion to Compromise.

Respectfully submitted,

*/s/ Julie K. Zurn*
Julie K. Zurn (0066391)
Chapter 7 Trustee
222 S. Main Street, Suite 400
Akron, OH 44308
Phone: (330) 532-7641
Fax: (330) 376-4577
jzurn@ralaw.com

# NOTICE OF MOTION TO EXTEND TIME TO OBJECT TO EXEMPTIONS

Julie K. Zurn, Chapter 7 Trustee, has filed papers with the Court to extend time to object to exemptions.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the Trustee's request, or if you want the Court to consider your views on the motion, then on or before **July 30, 2025 (14 days)**, you or your attorney must:

File with the Court a written request for a hearing and a written response explaining your position at:

> Clerk of Courts
> U.S. Bankruptcy Court
> 455 Federal Building
> 2 S. Main St.
> Akron, Ohio 44308

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

**You must also mail a copy to:**   Julie K. Zurn
Chapter 7 Trustee
222 S. Main Street, Suite 400
Akron, OH 44308

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically transmitted on or about July 16, 2025 via this Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Carl Jason Baab    cjb@grahamhurdlaw.com
- LeAnn E. Covey    bknotice@clunkhoose.com
- United States Trustee    (Registered address)@usdoj.gov
- Julie K. Zurn    jzurn@ralaw.com, jkz@trustesolutions.net;skenna@ralaw.com

and to the following via regular U.S. mail on July 16, 2025:

Thomas R. Kahl
Chandra M. Muster-Kahl
838 Fowler Ave.
Akron, OH 44319

                                                    */s/ Julie K. Zurn*
                                                    Julie K. Zurn (0066391)