**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT AKRON**

| | | |
|---|---|---|
| In re: | § | Case No. 25-50734-AMK |
| | § | |
| THOMAS R KAHL | § | |
| CHANDRA M MUSTER-KAHL | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/28/2025. The undersigned trustee was appointed on 04/28/2025.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $7,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $3.36 |
| Bank service fees | $34.91 |
| Other Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $6,961.73 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 09/26/2025 and the deadline for filing government claims was 10/25/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,450.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,450.00, for a total compensation of $1,450.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/11/2026

By: ***/s/ Julie K. Zurn***
Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 25-50734-AMK
**Case Name:** KAHL, THOMAS R AND MUSTER-KAHL, CHANDRA M
**For the Period Ending:** 2/11/2026

**Trustee Name:** Julie K. Zurn
**Date Filed (f) or Converted (c):** 04/28/2025 (f)
**§341(a) Meeting Date:** 05/27/2025
**Claims Bar Date:** 09/26/2025

| | 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | | |
| 1 | 883 Fowler Ave Akron OH 44319 Summit County | | $215,040.00 | $0.00 | | $0.00 | FA |
| 2 | 106 Evergreen Street Barberton OH 44203 Summit County - listed as owned by Debtor and another as joint tenants | | $60,635.00 | $7,000.00 | | $7,000.00 | FA |
| **Asset Notes:** | Debtor claimed exemption of $3,032 which appears to exceed statutory maximum amount under (A)(18) - In consideration of Net Value Trustee applied one wildcard exemption of $1,675 | | | | | | |
| 3 | 2016 Ford Fusion | | $5,000.00 | $0.00 | | $0.00 | FA |
| 4 | Household | | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Electronics | | $600.00 | $0.00 | | $0.00 | FA |
| 6 | Clothing | | $200.00 | $0.00 | | $0.00 | FA |
| 7 | Cash | | $50.00 | $0.00 | | $0.00 | FA |
| 8 | PNC ck; jt account | | $318.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Based on pd statement; Debtor claimed (A)(18) exemption of $318; Debtor has exemption available to cover the remaining $36.65 | | | | | | |
| 9 | Huntington Account ending 1512 | **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | No pd statement - on 4/23/25 had less than $1.00 based on testimony- same balance on pd.; Debtor has exemption available to cover the .37 in this account on the pd | | | | | | |

| **TOTALS (Excluding unknown value)** | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| | **$284,343.00** | **$7,000.00** | **$7,000.00** | **$0.00** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/01/2026 | TFR submitted to UST |
| 01/09/2026 | clm amended by IRS |
| 12/10/2025 | 2022 rtn rec'd $271 tax due |
| 12/05/2025 | awaiting 2022 returns |
| 11/24/2025 | TTE emailed atty for 2022 rtns; sent direct share |
| 10/27/2025 | emailed atty for 2022 rtns |
| 08/25/2025 | filed ntc chcnge address FBCS, Inc |
| 08/15/2025 | Odr Mtn to Comp entered |
| 08/04/2025 | Odr mtn to extend time to obj to exempts to 7 days after Mtn to comp order entered |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 25-50734-AMK | **Trustee Name:** | Julie K. Zurn |
| **Case Name:** | KAHL, THOMAS R AND MUSTER-KAHL, CHANDRA M | **Date Filed (f) or Converted (c):** | 04/28/2025 (f) |
| **For the Period Ending:** | 2/11/2026 | **§341(a) Meeting Date:** | 05/27/2025 |
| | | **Claims Bar Date:** | 09/26/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 07/16/2025 | TTE mtn to extend time to obj to exemptions |
| 07/15/2025 | mtn to comp filed |
| 06/18/2025 | NOA fiked |
| 06/17/2025 | Initial Report filed |
| 06/16/2025 | Trustee investigating value of debtor's interest in Real Estate at 106 Evergreen and considering administration of same |
| 06/12/2025 | report of 341 filed |
| 06/04/2025 | email counsel reminding of 341 |
| 05/16/2025 | show cause hrg set for 05/28 for pay records |

**Initial Projected Date Of Final Report (TFR):** 12/07/2026 **Current Projected Date Of Final Report (TFR):** 12/07/2026

/s/ JULIE K. ZURN

JULIE K. ZURN

# FORM 2



Exhibit B

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 25-50734-AMK | **Trustee Name:** | Julie K. Zurn |
| **Case Name:** | KAHL, THOMAS R AND MUSTER-KAHL, CHANDRA M | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***1160 | **Checking Acct #:** | ******0182 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 4/28/2025 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 2/11/2026 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/25/2025 | (2) | Thomas Kahl | Payment pursuant to compromise | 1110-000 | $7,000.00 | | $7,000.00 |
| 09/30/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $8.75 | $6,991.25 |
| 10/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $8.73 | $6,982.52 |
| 11/28/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $8.72 | $6,973.80 |
| 12/08/2025 | 5001 | Insurance Partners | 2026 Bond Allocation Acct #120183 Bond #3517690 Inv #1967536 | 2300-000 | | $3.36 | $6,970.44 |
| 12/31/2025 | | Pinnacle Bank | Service Charge | 2600-000 | | $8.71 | $6,961.73 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $7,000.00 | $38.27 | $6,961.73 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $7,000.00 | $38.27 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $7,000.00 | $38.27 | |

**For the period of 4/28/2025 to 2/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $38.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/25/2025 to 2/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $38.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 25-50734-AMK
**Case Name:** KAHL, THOMAS R AND MUSTER-KAHL, CHANDRA M
**Primary Taxpayer ID #:** **-***1160
**Co-Debtor Taxpayer ID #:**
**For Period Beginning:** 4/28/2025
**For Period Ending:** 2/11/2026

**Trustee Name:** Julie K. Zurn
**Bank Name:** Pinnacle Bank
**Checking Acct #:** ******0182
**Account Title:**
**Blanket bond (per case limit):** $2,000,000.00
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $7,000.00 | $38.27 | $6,961.73 |

**For the period of 4/28/2025 to 2/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $38.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/28/2025 to 2/11/2026**

| | |
|---|---|
| Total Compensable Receipts: | $7,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $38.27 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $38.27 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JULIE K. ZURN

JULIE K. ZURN

**Case No.** 25-50734-AMK
**Case Name:** KAHL, THOMAS R AND MUSTER-KAHL, CHANDRA M
**Claims Bar Date:** 09/26/2025
**Trustee Name:** Julie K. Zurn
**Date:** 2/11/2026

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | JULIE K. ZURN<br><br>222 S. Main Street, Suite 400<br>Akron OH 44308 | 01/12/2026 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,450.00 | $1,450.00 | $0.00 | $0.00 | $0.00 | $1,450.00 |
| 1 | CITIBANK, N. A.<br><br>5800 S Corporate Place<br>Sioux Falls SD 57108-5027 | 06/24/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,234.91 | $1,234.91 | $1,234.91 | $0.00 | $0.00 | $0.00 | $1,234.91 |
| 2 | LVNV FUNDING, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 06/26/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,162.74 | $1,162.74 | $1,162.74 | $0.00 | $0.00 | $0.00 | $1,162.74 |
| 3 | LVNV FUNDING, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 06/26/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,054.23 | $8,054.23 | $0.00 | $0.00 | $0.00 | $8,054.23 |
| 4 | LVNV FUNDING, LLC<br><br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 06/26/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,625.00 | $2,625.28 | $2,625.28 | $0.00 | $0.00 | $0.00 | $2,625.28 |
| 5P | INTERNAL REVENUE SERVICE<br><br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | 07/02/2025 | Claims of Governmental Units - 507(a)(8) | Allowed | 5800-000 | $271.00 | $271.00 | $271.00 | $0.00 | $0.00 | $0.00 | $271.00 |

**Claim Notes:** Amended 01/09/26
3244 2022 1040 $0; 6 Est 2022 1040 $271

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CAVALRY SPV I, LLC<br><br>PO Box 4252<br>Greenwich CT 06831 | 07/08/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,698.00 | $2,639.63 | $2,639.63 | $0.00 | $0.00 | $0.00 | $2,639.63 |
| 7 | U.S. BANK NATIONAL ASSOCIATION<br>Bankruptcy Department<br>PO Box 108<br>St Louis MO 63166-0108 | 07/08/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,611.39 | $2,688.42 | $2,688.42 | $0.00 | $0.00 | $0.00 | $2,688.42 |

**Case No.** 25-50734-AMK
**Case Name:** KAHL, THOMAS R AND MUSTER-KAHL, CHANDRA M
**Claims Bar Date:** 09/26/2025
**Trustee Name:** Julie K. Zurn
**Date:** 2/11/2026

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | US DEPARTMENT OF EDUCATION<br>Edfinancial Services<br>120 N Seven Oaks Drive<br>Knoxville TN 37922 | 07/10/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $50,123.00 | $50,124.37 | $50,124.37 | $0.00 | $0.00 | $0.00 | $50,124.37 |
| 9 | U.S. BANK NATIONAL ASSOCIATION<br>Bankruptcy Department<br>PO Box 108<br>St Louis MO 63166-0108 | 07/14/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $10,485.97 | $8,310.21 | $8,310.21 | $0.00 | $0.00 | $0.00 | $8,310.21 |
| 10 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | 07/18/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $1,985.47 | $1,985.47 | $1,985.47 | $0.00 | $0.00 | $0.00 | $1,985.47 |
| 11 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison TX 75001 | 07/20/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,882.02 | $3,882.02 | $3,882.02 | $0.00 | $0.00 | $0.00 | $3,882.02 |
| 12 | JPMORGAN CHASE BANK, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton FL 33487 | 08/12/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,377.00 | $2,377.19 | $2,377.19 | $0.00 | $0.00 | $0.00 | $2,377.19 |
| 13 | AMERICAN EXPRESS NATIONAL BANK<br>Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 08/14/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $9,441.00 | $9,441.60 | $9,441.60 | $0.00 | $0.00 | $0.00 | $9,441.60 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO Box 41067<br>Norfolk VA 23541 | 09/04/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $9,015.11 | $8,975.11 | $8,975.11 | $0.00 | $0.00 | $0.00 | $8,975.11 |

| | | | |
|---|---|---|---|
| **Case No.** | 25-50734-AMK | **Trustee Name:** | Julie K. Zurn |
| **Case Name:** | KAHL, THOMAS R AND MUSTER-KAHL, CHANDRA M | **Date:** | 2/11/2026 |
| **Claims Bar Date:** | 09/26/2025 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 09/15/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,414.02 | $2,414.02 | $2,414.02 | $0.00 | $0.00 | $0.00 | $2,414.02 |
| 16 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 09/15/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $429.11 | $589.13 | $589.13 | $0.00 | $0.00 | $0.00 | $589.13 |
| 17 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 09/15/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $303.94 | $353.35 | $353.35 | $0.00 | $0.00 | $0.00 | $353.35 |
| 18 | WELLS FARGO BANK, N.A.<br>Wells Fargo Card Services<br>MAC F8235-02F<br>PO Box 10438<br>Des Moines IA 50306-0438 | 09/15/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $2,727.00 | $2,727.08 | $2,727.08 | $0.00 | $0.00 | $0.00 | $2,727.08 |
| 19 | MIDLAND CREDIT MANAGEMENT, INC.<br>PO Box 2037<br>Warren MI 48090 | 09/18/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $11,371.00 | $11,405.74 | $11,405.74 | $0.00 | $0.00 | $0.00 | $11,405.74 |
| 20 | TD BANK USA, N.A.<br><br>C/O Weinstein & Riley, PS<br>749 GATEWAY, SUITE G-601<br>ABILENE TX 79602 | 09/19/2025 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $3,734.00 | $3,734.64 | $3,734.64 | $0.00 | $0.00 | $0.00 | $3,734.64 |
| | | | | | | | **$126,446.14** | **$126,446.14** | **$0.00** | **$0.00** | **$0.00** | **$126,446.14** |

| | | | |
|---|---|---|---|
| **Case No.** | 25-50734-AMK | **Trustee Name:** | Julie K. Zurn |
| **Case Name:** | KAHL, THOMAS R AND MUSTER-KAHL, CHANDRA M | **Date:** | 2/11/2026 |
| **Claims Bar Date:** | 09/26/2025 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units - 507(a)(8) | $271.00 | $271.00 | $0.00 | $0.00 | $0.00 | $271.00 |
| General Unsecured 726(a)(2) | $124,725.14 | $124,725.14 | $0.00 | $0.00 | $0.00 | $124,725.14 |
| Trustee Compensation | $1,450.00 | $1,450.00 | $0.00 | $0.00 | $0.00 | $1,450.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 25-50734-AMK
Case Name: THOMAS R KAHL
CHANDRA M MUSTER-KAHL
Trustee Name: Julie K. Zurn

Balance on hand: $6,961.73

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $6,961.73

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|
| Julie K. Zurn, Trustee Fees | $1,450.00 | $0.00 | $1,450.00 |

Total to be paid for chapter 7 administrative expenses: $1,450.00
Remaining balance: $5,511.73

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $5,511.73

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $271.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| 5P | Internal Revenue Service | $271.00 | $0.00 | $271.00 |

Total to be paid to priority claims: $271.00
Remaining balance: $5,240.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $124,725.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Citibank, N. A. | $1,234.91 | $0.00 | $51.88 |
| 2 | LVNV Funding, LLC | $1,162.74 | $0.00 | $48.86 |
| 3 | LVNV Funding, LLC | $8,054.23 | $0.00 | $338.42 |
| 4 | LVNV Funding, LLC | $2,625.28 | $0.00 | $110.31 |
| 6 | Cavalry SPV I, LLC | $2,639.63 | $0.00 | $110.91 |
| 7 | U.S. Bank National Association | $2,688.42 | $0.00 | $112.96 |
| 8 | US Department of Education | $50,124.37 | $0.00 | $2,106.14 |
| 9 | U.S. Bank National Association | $8,310.21 | $0.00 | $349.18 |
| 10 | JPMorgan Chase Bank, N.A. | $1,985.47 | $0.00 | $83.43 |
| 11 | JPMorgan Chase Bank, N.A. | $3,882.02 | $0.00 | $163.12 |
| 12 | JPMorgan Chase Bank, N.A. | $2,377.19 | $0.00 | $99.89 |
| 13 | American Express National Bank | $9,441.60 | $0.00 | $396.72 |
| 14 | Portfolio Recovery Associates LLC | $8,975.11 | $0.00 | $377.12 |
| 15 | Midland Credit Management, Inc. | $2,414.02 | $0.00 | $101.43 |
| 16 | Midland Credit Management, Inc. | $589.13 | $0.00 | $24.75 |
| 17 | Midland Credit Management, Inc. | $353.35 | $0.00 | $14.85 |
| 18 | Wells Fargo Bank, N.A. | $2,727.08 | $0.00 | $114.59 |
| 19 | Midland Credit Management, Inc. | $11,405.74 | $0.00 | $479.25 |
| 20 | TD Bank USA, N.A. | $3,734.64 | $0.00 | $156.92 |

Total to be paid to timely general unsecured claims: $5,240.73
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |