**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**AKRON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 25-50734-AMK |
| | § | |
| THOMAS R KAHL | § | |
| CHANDRA M MUSTER-KAHL | § | |
| | § | |
| Debtor(s) | § | |

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATION FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Julie K. Zurn, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

455 U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

Date Mailed: By: /s/

Julie K. Zurn
222 S. Main Street, Suite 400
Akron, OH 44308
jzurn@ralaw.com
Phone: (330) 434-7459
Fax: (330) 376-4577

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**AKRON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 25-50734-AMK |
| | § | |
| THOMAS R KAHL | § | |
| CHANDRA M MUSTER-KAHL | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $7,000.00 |
| *and approved disbursements of* | $38.27 |
| *leaving a balance on hand of*[1]*:* | $6,961.73 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $6,961.73 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Julie K. Zurn, Trustee Fees | $1,450.00 | $0.00 | $1,450.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,450.00 |
| Remaining balance: | $5,511.73 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

| | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $5,511.73 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $271.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Payment** |
|---|---|---|---|---|
| 5P | Internal Revenue Service | $271.00 | $0.00 | $271.00 |

| | |
|---|---|
| Total to be paid to priority claims: | $271.00 |
| Remaining balance: | $5,240.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $124,725.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to Date** | **Proposed Amount** |
|---|---|---|---|---|
| 1 | Citibank, N. A. | $1,234.91 | $0.00 | $51.88 |
| 2 | LVNV Funding, LLC | $1,162.74 | $0.00 | $48.86 |
| 3 | LVNV Funding, LLC | $8,054.23 | $0.00 | $338.42 |
| 4 | LVNV Funding, LLC | $2,625.28 | $0.00 | $110.31 |
| 6 | Cavalry SPV I, LLC | $2,639.63 | $0.00 | $110.91 |
| 7 | U.S. Bank National Association | $2,688.42 | $0.00 | $112.96 |
| 8 | US Department of Education | $50,124.37 | $0.00 | $2,106.14 |
| 9 | U.S. Bank National Association | $8,310.21 | $0.00 | $349.18 |
| 10 | JPMorgan Chase Bank, N.A. | $1,985.47 | $0.00 | $83.43 |
| 11 | JPMorgan Chase Bank, N.A. | $3,882.02 | $0.00 | $163.12 |
| 12 | JPMorgan Chase Bank, N.A. | $2,377.19 | $0.00 | $99.89 |
| 13 | American Express National Bank | $9,441.60 | $0.00 | $396.72 |
| 14 | Portfolio Recovery Associates LLC | $8,975.11 | $0.00 | $377.12 |
| 15 | Midland Credit Management, Inc. | $2,414.02 | $0.00 | $101.43 |

| | | | | |
|---|---|---|---|---|
| 16 | Midland Credit Management, Inc. | $589.13 | $0.00 | $24.75 |
| 17 | Midland Credit Management, Inc. | $353.35 | $0.00 | $14.85 |
| 18 | Wells Fargo Bank, N.A. | $2,727.08 | $0.00 | $114.59 |
| 19 | Midland Credit Management, Inc. | $11,405.74 | $0.00 | $479.25 |
| 20 | TD Bank USA, N.A. | $3,734.64 | $0.00 | $156.92 |

Total to be paid to timely general unsecured claims: $5,240.73
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Julie K. Zurn
Trustee

Julie K. Zurn
222 S. Main Street, Suite 400
Akron, OH 44308
jzurn@ralaw.com
Phone: (330) 434-7459

Fax: (330) 376-4577

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.